NELSON G. GROSS, PLAINTIFF-PETITIONER, v. CARMINE GRIMALDI, DEFENDANT-RESPONDENT.

See same case below: 64 *N. J. Super.* 457.

*Mr. Harold S. Okin* and *Mrs. Sylvia B. Pressler* for the petitioner.

*Mr. Carmine Grimaldi, pro se.*

April 17, 1961. Denied.

SAM BATTAGLIO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WILLIAM DRUSS, DEFENDANT-PETITIONER.

See same case below: 65 *N. J. Super.* 185.

*Mr. Frank Metro* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Novins, Novins & O'Connor* for the respondents.

April 17, 1961. Denied.